LATHAM & WATKINS LLP
 Timothy P. Crudo (Bar No. 143835)
 Laura Vartain Horn (Bar No. 258485)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Tiffany T. Conley

FILED
DEC 1 1 2012
RICHARD W. [WIEKING]
CLERK, U.S. [DISTRICT COURT]
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>v.<br><br>TIFFANY T. CONLEY,<br><br> Defendant. | CASE NO. CR 11-00713 EMC<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING COUNSEL |
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>v.<br><br>MYRA B. MINKS, TIFFANY T. CONLEY, LETITIA R. MAYS, and ANDREA C. MOHR,<br><br> Defendants. | CASE NO. CR 12-00459 EMC |

 WHEREAS, on or about July 19, 2012, the Court appointed Timothy P. Crudo and Latham & Watkins LLP as counsel to represent Tiffany T. Conley in the above-captioned matters as substitute counsel for the Federal Defender, who was conflicted from representing Ms. Conley;

 WHEREAS, certain facts have arisen creating a potential conflict between Ms. Conley and her current counsel;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 11-00713 EMC
CASE NO. CR 12-00459 EMC

1     WHEREAS, the parties agree that it is appropriate for independent counsel to advise Ms. Conley on the potential conflict, and;

    WHEREAS, Ms. Conley remains financially unable to employ counsel;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that the Court appoint separate counsel to advise Ms. Conley on the issue of the potential conflict in the above-captioned matters.

Dated: December 10, 2012

    LATHAM & WATKINS LLP

    By /s/ Timothy P. Crudo
        Timothy P. Crudo
        Attorneys for Defendant
        Tiffany T. Conley

Dated: December 10, 2012

    MELINDA HAAG
    United States Attorney

    By /s/ Thomas E. Stevens
        Thomas E. Stevens
        United States Attorney

## [PROPOSED] ORDER

IT IS SO ORDERED. Court clerk to set date for appearance of conflict counsel.

Dated: 12/11/2012

Nathanael Cousins
United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 11-00713 EMC
CASE NO. CR 12-00459 EMC